UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE PITTS,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>TERRI GONZALES, Warden,<br><br>　　　　　Respondent. | Case No. ED CV 11-746 JHN (MRW)<br><br>JUDGMENT |

Pursuant to the Order Dismissing First Amended Petition,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATE: __June 20, 2011__

_____
HON. JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE